485 P.2d 357

**FORT SUMNER MUNICIPAL SCHOOL BOARD, Appellant-Respondent,**

**v.**

**Frances Eileen PARSONS and New Mexico State Board of Education, Appellees-Petitioners.**

**No. 9263.**

Supreme Court of New Mexico.

May 19, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 559, 82 N.M. 610, 485 P.2d 366, be and the same is hereby returned to the Clerk of the Court of Appeals.

485 P.2d 357

**STATE of New Mexico, Plaintiff-Appellee,**

**v.**

**Alcario N. GALLEGOS, a/k/a Alex Michael Gallegos, Defendant-Appellant.**

**No. 9262.**

Supreme Court of New Mexico.

May 19, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 602, 82 N.M. 618, 485 P.2d 374, be and the same is hereby returned to the Clerk of the Court of Appeals.

485 P.2d 357

**STATE of New Mexico, Plaintiff-Appellee,**

**v.**

**John Wesley PAUL, Defendant-Appellant.**

**No. 9260.**

Supreme Court of New Mexico.

May 19, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 566, 82 N.M. 619, 485 P.2d 375, be and the same is hereby returned to the Clerk of the Court of Appeals.